UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

CIVIL ACTION NO. 7:23-cv-0058-KKC

JASON L. MAGGARD                                                                 PLAINTIFF,

v.                                         **JUDGMENT**

COMMISSIONER OF SSA,                                      DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1. The plaintiff's motion for summary judgment (DE 10 and 11) is DENIED;

2. The defendant's motion for summary judgment (DE 13) is GRANTED;

3. The decision of the Commissioner is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g) as it was supported by substantial evidence and was decided by proper legal standards; and

4. The judgment is FINAL and APPEALABLE.

This 22nd day of July, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY